JULIA PEPPER, Appellant, *v.* CHARLOTTE SCHMIDLIN et al., Respondents.

Submitted October 4, 1943; decided October 14, 1943.

*Frederick Mellor* for motion.

No one opposed.

Motion granted, and appeal dismissed, with costs and ten dollars costs of motion, unless appellant, within ten days, serves and files undertaking on appeal and pays ten dollars costs, in which event the motion is denied.